IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANNON MCMASTER,<br><br>  Plaintiff,<br><br>  v.<br><br>HEADING HEALTH INC., SIMON TANKEL, and the DIRECTORS OF THE BOARD OF HEADING HEALTH, INC.<br><br>  Defendants. | Case No.: 2:24-cv-01321-MJH |

## NOTICE OF DEFAULT

AND NOW, THIS __28th__ DAY OF __February__, 2025 pursuant to Request to Enter Default, Motion, and Declaration filed, default is hereby entered against Defendants HEADING HEALTH INC., SIMON TANKEL, and the DIRECTORS OF THE BOARD OF HEADING HEALTH, INC. for failure to plead or otherwise defend as provided by the Federal Rules of Civil Procedure.

CLERK'S ENTRY OF DEFAULT

Date: 2/28/2025

*Katie Hall*
Docket Clerk

*Brandy S. Lonchena*
Brandy S. Lonchena

4925-8896-3870, v. 1