**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| SHANNON MCMASTER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>HEADING HEALTH, INC., SIMON TANKEL, )<br>and the DIRECTORS OF THE BOARD OF )<br>HEADING HEALTH, INC., )<br>)<br>Defendants. ) | Civil Action No. 2:24-cv-01321 MJH<br><br>Honorable Marilyn J. Horan |

## DEFENDANTS' MOTION TO SET ASIDE ENTRY OF DEFAULT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(c)

Defendants Heading Health, Inc., Simon Tankel, and the Directors of the Board of Heading Health, Inc. ("Defendants") respectfully request, pursuant to Federal Rule of Civil Procedure 55(c), that this Court exercise its discretion for good shown and set aside the default entered against them by the Clerk of the Court on February 28, 2025 (Dkt. No. 15).

Good cause to set aside the default exists because Plaintiff McMaster will not be prejudiced by doing so, Defendants have meritorious defenses, and Defendants' conduct has been in good faith and was not willful.

Dated:   September 22, 2025

Respectfully submitted,

By: /s/ *Donald P. Sullivan*
  Donald P. Sullivan
  *Admitted Pro Hac Vice*
  **JACKSON LEWIS P.C.**
  50 California Street, 9th Floor
  San Francisco, CA 94111
  T: (415) 796-5453
  Donald.Sullivan@jacksonlewis.com

  *Counsel for Defendants*