IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SHANNON MCMASTER,<br>Plaintiff,<br><br>v.<br><br>HEADING HEALTH INC., SIMON TANKEL,<br>and the DIRECTORS OF THE BOARD OF<br>HEADING HEALTH, INC.<br>Defendants. | Case No.: 2:24-cv-01321-MJH |

## DECLARATION OF LISA M. JARAS IN SUPPORT OF PLAINTIFF'S BRIEF IN OPPOSITION TO DEFENDANTS' MOTION TO VACATE ENTRY OF DEFAULT

I, Lisa M. Jaras, state the following information that is correct and accurate to the best of my knowledge.

1) I am a paralegal with the law firm of Houston Harbaugh, P.C. Our firm represents Plaintiff in the above-styled action.

2) I am familiar with the public records regarding corporations in various states, which include, but are not limited to the public records maintained by not only Pennsylvania but other states such as Delaware.

3) I previously, after the Complaint and Amended Complaint were filed in this case, looked up the public records for Defendant, Heading Health, Inc. and saw it is incorporated in Delaware. I also saw that the registered agent for legal service here is The Corporation Trust Company, which was used for service here.

4) I've also looked up Delaware's public records on Heading Health, Inc. recently and attach here as Exhibit 1 to this Declaration, the public record available on the Delaware Secretary of State database, which states that Heading Health, Inc. is delinquent in its taxes to Delaware in the amount of $452,636.00.

5) I affirm, subject to the penalties for perjury, that the above is accurate to the best of my knowledge.

*Lisa M. Jaras*
Lisa M. Jaras
HOUSTON HARBAUGH, P.C.
Two Gateway Center
401 Liberty Ave., 22d Floor
Pittsburgh, PA 15222

Dated: October 6, 2025

4901-0896-0880, v. 1

3584421 HEADING HEALTH INC.

| Total Amount Due | | |
|---|---|---|
| | $452,636.00 | |
| Type | Date | Amount |
| **2020** | | |
| L.L.C. Annual Tax | 06/01/2021 | $300.00 |
| L.L.C. Penalty | 06/01/2021 | $200.00 |
| L.L.C. Interest | 08/06/2021 | $22.50 |
| | | $522.50 |
| **2021** | | |
| Annual Report | 02/28/2022 | $100.00 |
| Franchise Tax | 03/01/2022 | $657.53 |
| L.L.C. Annual Tax | 06/01/2022 | $300.00 |
| ACH Payment 53230258-1 | 09/02/2021 | ($522.50) |
| Transfer 54361054-2 | 11/22/2021 | ($300.00) |
| Transfer 56117762-3 | 02/28/2022 | ($488.36) |
| | | $269.17 |
| **2022** | | |
| Franchise Tax | 03/01/2023 | $200,000.00 |
| Penalty | 03/01/2023 | $200.00 |
| Interest | 02/06/2024 | $36,036.00 |
| Transfer 61954251-4 | 11/04/2022 | ($269.17) |
| | | $236,236.00 |
| **2023** | | |
| Franchise Tax, 1st Qtr | 06/01/2023 | $80,000.00 |
| Franchise Tax, 2nd Qtr | 09/01/2023 | $40,000.00 |
| Franchise Tax, 3rd Qtr | 12/01/2023 | $40,000.00 |
| Franchise Tax | 03/01/2024 | $40,000.00 |
| Penalty | 03/01/2024 | $200.00 |
| Interest | 02/06/2024 | $16,200.00 |
| | | $452,636.00 |

Print
Close

***Exhibit 1 - Declaration of Lisa Jaras***